CERTIFICATE OF SERVICE

    I, Carl W. Ewald, certify that I have delivered a copy of Plaintiff's Motion to Compel Answers to Plaintiff's Answers to Plaintiff's Interrogatories and Requests For Production of Documents - Set I to the following by first class mail, postage prepaid, on this date:

> Eric M. Fink, Esquire
> Eckert Seamans Cherin & Mellott, LLC
> 1515 Market Street
> Ninth Floor
> Philadelphia, PA 19102

 

_____
Carl W. Ewald

Dated:   March 4, 2003

F:\Franklin,Roscoe\GE Financial\COS 2-21-03.wpd

```
Eric M. Fink, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street
Ninth Floor
Philadelphia, PA 19102
```