## **VERIFICATION**

    I, Carl Ewald, state that I am the attorney for the Plaintiff.  I am authorized to make this verification on his behalf in the foregoing Motion to Compel and I verify that the statements made in the foregoing are true and correct to the best of my knowledge, information and belief.  I understand that any false statements made are subject to the penalties of 18 P.S. § 4904 relating to unsworn falsification to authorities.

 

_____
CARL W. EWALD

Dated: March 4, 2003

F:\Franklin,Roscoe\GE Financial\atty.verif.wpd