IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **ROSCOE FRANKLIN** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     **v.** | : | NO. 02-CV-3359 |
| | : | |
| **G E FINANCIAL ASSURANCE** | : | |
| **COMPANY** | : | |
|     **Defendant.** | : | |
| | : | |

### ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiff s Motion to Compel Answers to Plaintiff s Amended Interrogatories and Request for Production - Set I and any response thereto,

It is hereby ORDERED that the Motion is GRANTED and defendant shall fully answer all interrogatories and produce all requested documents in response to Plaintiff s Amended Interrogatories and Request for Production - Set I within 10 days of this Order without objection.

                                                   BY THE COURT,

                                                   _____
                                                                   J.