<u>CERTIFICATE OF SERVICE</u>

    I, Carl W. Ewald, certify that I have delivered a copy of Stipulation to Stay Summary Judgment Motion to the following counsel by hand delivery, on this date:

                Eric M. Fink, Esquire
        Eckert Seamans Cherin & Mellott, LLC
                 1515 Market Street
                    Ninth Floor
               Philadelphia, PA 19102

                                         _____
                                         Carl W. Ewald

Dated:    June 10, 2003

F:\Franklin,Roscoe\GE Financial\COS 3-7-03.wpd

Eric M. Fink, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street
Ninth Floor
Philadelphia, PA 19102