<u>CERTIFICATE OF SERVICE</u>

I, Carl W. Ewald, certify that I have delivered a copy of foregoing Motion For Leave to Amend to the following counsel by hand delivery, on this date:

>    Eric M. Fink, Esquire
> Eckert Seamans Cherin & Mellott, LLC
>         1515 Market Street
>           Ninth Floor
>       Philadelphia, PA 19102

_____
Carl W. Ewald

Dated:    July 29, 2003

F:\Franklin,Roscoe\GE Financial\COS 7-29-03.wpd

```
Eric M. Fink, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street
Ninth Floor
Philadelphia, PA 19102
```