CERTIFICATE OF SERVICE

    I, Carl W. Ewald, certify that I have delivered a copy of the foregoing Plaintiff's Answer to Defendant's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment to the following counsel by first class mail, on this date:

Eric M. Fink, Esquire<br>
Eckert Seamans Cherin & Mellott, LLC<br>
1515 Market Street<br>
Ninth Floor<br>
Philadelphia, PA 19102

_____
Carl W. Ewald

Dated:   July 29, 2003

F:\Franklin,Roscoe\GE Financial\COS 7-29-03.wpd

```
Eric M. Fink, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street
Ninth Floor
Philadelphia, PA 19102
```