IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **ROSCOE FRANKLIN** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-CV-3359 |
| | : | |
| **G E FINANCIAL ASSURANCE COMPANY** | : | |
| Defendant. | : | |
| | : | |

**STIPULATION TO AMEND COMPLAINT TO CORRECT NAME OF DEFENDANT**

Counsel hereby stipulate as follows, subject to the approval of the Court:

1. The name of the defendant in this matter shall be amended to substitute GE Capital Assurance Company for G E Financial Assurance Company.

2. GE Capital Assurance has appeared in these proceedings and this amendment does not affect any of the proceedings in any way other than to amend the identification of the defendant.

3. GE Capital Assurance adopts all pleadings and responses filed on behalf of defendant prior to this stipulation. All prior references to GE Financial Assurance are deemed to refer to GE Capital Assurance.

Dated: August 13, 2003
_____
ROBERT J. SUGARMAN
CARL W. EWALD
Counsel for Plaintiff

F:\Franklin,Roscoe\GE Financial\Stipulation Am Cap.wpd

                                          SUGARMAN & ASSOCIATES  
                                        11th Floor, Robert Morris Building  
                                        100 North 17th Street  
                                        Philadelphia, PA 19103  
                                        (215) 864-2500  

                                        _____  
Dated: August 13, 2003        HEATHER E. RENNIE  
                                        ERIC M. FINK  
                                        Attorney for Defendant  

                                        ECKERT, SEAMANS, CHERIN,  
                                        & MELLOTT, LLC  
                                        1515 Market Street, Ninth Floor  
                                        Philadelphia, PA 19102  
                                        (215) 851-8400  


                                        APPROVED BY THE COURT:


_____, 2003          _____  
                                                                             , J.