CERTIFICATE OF SERVICE

    I, Carl W. Ewald, certify that I have delivered a copy of the foregoing Stipulation to Amend Complaint to Correct Name of Defendant to the following counsel by hand delivery, on this date:

Eric M. Fink, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street
Ninth Floor
Philadelphia, PA 19102

_____
Carl W. Ewald

Dated:   August 13, 2003

F:\Franklin,Roscoe\GE Financial\COS 8-13-03.wpd

```
Eric M. Fink, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street
Ninth Floor
Philadelphia, PA 19102
```