## **CERTIFICATE OF SERVICE**

I,I, Robert J. Sugarman, certify that II, Robert J. Sugarman, certify th

tthethe foregoing Amended Complaint to the following counsel bthe foregoin

delivery, on this date:

Eric M. Fink, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street
Ninth Floor
Philadelphia, PA 19102

_____
ROBERT J. SUGARMAN

DATED:  October 13, 2003

F:\Franklin,Roscoe\GE Financial\Pleadings\COS 10-13.wpd