**CERTIFICATE OF SERVICE**

    I, I, Jennifer A. Murphy, certify that II, Jennifer A. Murphy, certify th thethe foregoing Motionthe foregoing Motion for Leave to Servethe foregoing I to the following counsel by hand delivery, on this date:

Eric M. Fink, Esquire  
Eckert Seamans Cherin & Mellott, LLC  
1515 Market Street  
Ninth Floor  
Philadelphia, PA 19102

                                                                            _____  
                                                                            JENNIFER A. MURPHY

DATED:  October 31, 2003