**SUGARMAN & MARKS**
By: ROBERT J. SUGARMAN, ESQUIRE
Identification No: 03332
100 N. 17th Street - 11th Floor      Attorneys for Plaintiff
Philadelphia, PA 19103
(215) 864-2500
_____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| ROSCOE FRANKLIN | : | |
| 5212 Diamond Street, | : | |
| Philadelphia, Pa 19131 | : | |
| Plaintiff, | : | |
|  | : | |
| v. | : | NO. 02-CV-3359 |
|  | : | |
| GE CAPITAL ASSURANCE COMPANY | : | |
| C/O C. T. Corporation System, | : | |
| 1635 Market Street, | : | |
| Philadelphia, Pa 19103 | : | |
| Defendant. | : | |

**INTERROGATORIES REGARDING AMENDED COMPLAINT**

PursuantPursuant to the Federal Rules of Civil Procedure, please respond to the following interrogatories within thirty (30) days.

**INSTRUCTIONS**

_____InIn responding hereto, party isIn responding hereto, party is to answer provideprovide or make available copies of all requested documents includingincluding information in the possession of pincluding information notnot merely information within party  s knot merely information withi unableunable to answer in full the following Interrogatories and/or

EXHIBIT A                          1