```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |  |
|---|---|---|
| **ROSCOE FRANKLIN** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-CV-3359 |
| | : | |
| **G E FINANCIAL ASSURANCE COMPANY** | : | |
| Defendant. | : | |
| | : | |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiff s Motion to for Leave to Serve Additional Interrogatories,

It is hereby ORDERED that the Motion is GRANTED and plaintiff may serve the additional interrogatories as attached to the motion.

                                        BY THE COURT,


                                        _____
                                                                    J.