**CERTIFICATE OF SERVICE**

I, Jennifer A. Murphy, certify that the foregoing Plaintiff's Supplemental Motion and Memorandum the foregoing Cross Motions for Summary Judgment to the following counsel by first class mail, on this date:

> Eric M. Fink, Esquire
> Eckert Seamans Cherin & Mellott, LLC
> 1515 Market Street
> Ninth Floor
> Philadelphia, PA 19102

_____
JENNIFER A. MURPHY

DATED: November 14, 2003

F:\Franklin,Roscoe\GE Financial\Pleadings\COS 11-14.wpd