IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROSCOE FRANKLIN                :        CIVIL ACTION

  v.                           :

GE FINANCIAL ASSURANCE COMPANY :        NO.  02-3359

O R D E R

       AND NOW, this _____ day of July, 2004, it is ORDERED that all discovery shall be completed by October 1, 2004.

       Plaintiff shall file his motion for summary judgment on or before November 1, 2004. Defendant shall file his motion for summary judgment on or before December 1, 2004. Replies, if any, shall be filed on or before December 15, 2004

_____
THOMAS N. O'NEILL, JR.,    J.