IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSCOE FRANKLIN,<br>  Plaintiff,<br><br>v.<br><br>G.E. FINANCIAL ASSURANCE CO.,<br>  Defendant. | :<br>:<br>:<br>:  CIVIL ACTION<br>:  NO. 02-CV-3359 (TNO)<br>:<br>:<br>: |

**PRAECIPE TO WITHDRAW MOTION FOR PROTECTIVE ORDER**

TO THE CLERK:

  Kindly withdraw the Motion of Sentry Credit Union for Protective Order as Moot.

The Motion sought to continue a deposition that took place on September 28, 2004.

           Respectfully submitted,

           HANGLEY ARONCHICK SEGAL & PUDLIN

Dated: September 29, 2004   By: _/s/ Lubna A. Mian_
           Joseph A. Dworetzky
           Lubna A. Mian
           Attorney I.D. Nos. 26968, 85381
           One Logan Square, 27th Floor
           Philadelphia, Pennsylvania 19103
           (215) 568-6200

           *Attorneys for Sentry Credit Union*

## **CERTIFICATE OF SERVICE**

I, Lubna A. Mian, counsel for for Sentry Federal Credit Union, do hereby certify that on this 29th day of September, 2004, I did cause to be served by hand delivery one true and correct copy of the foregoing Motion of Sentry Credit Union for Protective Order upon each of the following parties:

>Robert J. Sugarman, Esq.
>Sugarman & Associates, PC
>Robert Morris Bldg., 11th Fl.
>100 N. 17th St
>Philadelphia, PA  19103


>Brad P. Bender, Esq.
>Eckert Seamans Cherin & Mellott
>1515 Market St., 9th Fl.
>Philadelphia, PA  19102

_____
Lubna A. Mian