IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSCOE FRANKLIN | : | CIVIL ACTION |
| v. | : | |
| G.E. FINANCIAL ASSURANCE CO. | : | NO. 02-3359 |

## O R D E R

AND NOW, this      day of October, 2004, it is hereby ORDERED that the motion of Sentry Credit Union for protective order, filed on September 22, 2004 is marked WITHDRAWN.

_____
THOMAS N. O'NEILL, JR.,    J.