UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Roscoe Franklin, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | |
| v. | : | No. 02-CV-3359 |
| | : | |
| GE Financial Assurance Company, | : | Judge O'Neill |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Defendant, GE Financial Assurance Company has substituted its counsel for the above captioned action as follows. Please forward any and all future correspondence and pleadings to the new counsel of record.

New Counsel:   Brad P. Bender, Esquire (#86679)
ECKERT SEAMANS CHERIN & MELLOTT LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102
Telephone:   (215) 851-8502
Fax Number:   (215) 851-8383

Prior Counsel:   Eric M. Fink, Esquire (#80154)
1515 Market Street, 9th Floor
Philadelphia, PA 19102
Telephone:   (215) 851-8400
Fax Number:   (215) 851-8383


_/s/ Eric M. Fink_
Eric M. Fink, Esquire (#80154)
1515 Market Street, 9th Floor
Philadelphia, PA 19102

ECKERT SEAMANS CHERIN
& MELLOTT, LLC
_/s/ Brad P. Bender_
Brad P. Bender, Esquire (#86679)
1515 Market Street, 9th Floor
Philadelphia, PA 19102

## CERTIFICATE OF SERVICE

I, Eric M. Fink, hereby certify that on October 7, 2004, caused a true and correct copy of the foregoing Notice of Substitution of Counsel to be served via first class mail, postage prepaid upon the following counsel of record:

> Robert Sugarman, Esquire
> 100 North 17th Street, 11th Floor
> Philadelphia, PA 19103
> **(Counsel for Plaintiff)**

*[signature]*
Brad P. Bender, Esquire

*M0478626.DOC*