IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **ROSCOE FRANKLIN** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-CV-3359 |
| | : | |
| **GE CAPITAL ASSURANCE COMPANY** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**SUPPLEMENT TO MEMORANDUM OF LAW IN OPPOSITION TO RICHARD STIPA'S MOTION FOR PROTECTIVE ORDER**

Plaintiff submits this Supplement to attach Exhibits C and D which show Richard Stipa's direct involvement in GE insurance program. These documents were only produced by Sentry on September 27, 2004.

Respectfully submitted,

_____
ROBERT J. SUGARMAN
Counsel for Plaintiff

Of Counsel:

Sugarman & Associates
11th Floor, Robert Morris Bldg.
100 North 17th Street
Philadelphia, PA 19103
(215) 864-2500

Dated: October 19, 2004