**CERTIFICATE OF SERVICE**

I, Joseph Cohn, certify that I have delivered a copy of the foregoing Supplement to plaintiff's Memorandum of Law in Opposition to Richard Stipa's Motion for Protective Order on this date:

Lubna Mian, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103

Brad P. Bender, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street
Ninth Floor
Philadelphia, PA 19102

_____
JOSEPH COHN

DATED: October 19, 2004