UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Roscoe Franklin, <br><br> Plaintiff, <br><br> v. <br><br> GE Capital Assurance Company, <br><br> Defendant. | Civil Action <br><br> No. 02-CV-3359 (TNO) |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties that the claims in the above-entitled action against defendant GE Capital Assurance Company be and the same are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

SUGARMAN & ASSOCIATES P.C.

_____
Robert J. Sugarman
100 North 17th Street
11th Floor, Robert Morris Building
Philadelphia, PA 19103
(215) 864-2500

Counsel for Plaintiff

Dated: December 23, 2004

ECKERT SEAMANS CHERIN & MELLOTT, LLC

_____
Heather E. Rennie
Brad P. Bender (86679)
1515 Market Street, 9th Floor
Philadelphia, PA 19102
(215) 851-8400

Counsel for Defendant GE Capital Assurance Company

Dated: January 14, 2005

SO ORDERED:

_____
O'Neill, J.

Dated: _____, 200_